UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF ARKANSAS

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OR AR
MAY - 7 2025
LINDA MCCORMACK CLERK by

In re:

SEAN MCGEHEE

Debtor

Bankruptcy Case No. 4:25-bk-10291

SEAN MCGEHEE

Plaintiff

Adversary Proceeding No. 4:25-ap-01020

v.

UNITED STATES DEPARTMENT OF EDUCATION

Defendant

CERTIFICATE OF SERVICE

I SEAN MCGEHEE, certify that I am, and at all times during the service of process was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons, Adversary Complaint, and supporting documents in the above-styled case was made May 2, 2025 by:

U.S. Postal Service: Certified Mail with Return Receipt Requested, on the following:

U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202
Certified Mail Tracking Number: 9589 0710 5270 2464 5804 39 / Delivered

U.S. Attorney – Eastern District of Arkansas
P.O. Box 1229
Little Rock, AR 72203
Certified Mail Tracking Number: 9589 0710 5270 2464 5804 15 / Delivered

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW

11. MJ DTC

Washington, DC 20530
Certified Mail Tracking Number: 9589 0710 5270 2464 5804 22 / Delivered

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 7, 2025 Signature: Sean McGehee

# USPS Tracking®

FAQs >

Remove ×

Tracking Number:

## 9589071052702464580439

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:46 am on May 6, 2025 in WASHINGTON, DC 20202.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
May 6, 2025, 11:46 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 6, 2025, 10:17 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2025, 6:45 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2025, 6:44 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 5, 2025, 11:06 am

**In Transit to Next Facility**

May 5, 2025, 7:14 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2025, 5:27 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 4, 2025, 12:21 pm

**Arrived at USPS Regional Origin Facility**

LITTLE ROCK AR PACKAGE SORTING CENTER
May 3, 2025, 3:36 am

**Departed Post Office**

LITTLE ROCK, AR 72202
May 2, 2025, 6:08 pm

**USPS in possession of item**

LITTLE ROCK, AR 72202
May 2, 2025, 11:00 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove X

Tracking Number:

## 9589071052702464580415

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:24 pm on May 5, 2025 in LITTLE ROCK, AR 72201.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

LITTLE ROCK, AR 72201
May 5, 2025, 1:24 pm

**Out for Delivery**

LITTLE ROCK, AR 72201
May 5, 2025, 7:58 am

**Arrived at Post Office**

LITTLE ROCK, AR 72202
May 5, 2025, 7:47 am

**Arrived at USPS Facility**

LITTLE ROCK, AR 72202
May 5, 2025, 4:52 am

**Departed USPS Regional Facility**

LITTLE ROCK AR DISTRIBUTION CENTER
May 5, 2025, 4:37 am

**Arrived at USPS Regional Facility**

LITTLE ROCK AR DISTRIBUTION CENTER
May 4, 2025, 4:55 pm

**Departed USPS Regional Facility**

LITTLE ROCK AR DISTRIBUTION CENTER
May 4, 2025, 1:53 pm

**Arrived at USPS Regional Facility**

LITTLE ROCK AR DISTRIBUTION CENTER
May 3, 2025, 11:17 pm

**Arrived at USPS Regional Facility**

LITTLE ROCK AR PACKAGE SORTING CENTER
May 3, 2025, 3:35 am

**Departed Post Office**

LITTLE ROCK, AR 72202
May 2, 2025, 6:08 pm

**USPS in possession of item**

LITTLE ROCK, AR 72202
May 2, 2025, 11:02 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9589071052702464580422

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:06 am on May 7, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
May 7, 2025, 5:06 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
May 6, 2025, 11:02 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 6, 2025, 10:04 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2025, 6:45 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2025, 6:44 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2025, 1:52 am

**In Transit to Next Facility**

May 5, 2025

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 4, 2025, 12:27 pm

**Arrived at USPS Regional Origin Facility**

LITTLE ROCK AR PACKAGE SORTING CENTER
May 3, 2025, 3:35 am

**Departed Post Office**

LITTLE ROCK, AR 72202
May 2, 2025, 6:08 pm

**USPS in possession of item**

LITTLE ROCK, AR 72202
May 2, 2025, 11:03 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

9589 0710 5270 2464 5804 15

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Little Rock, AR 72201

| | |
|---|---|
| Certified Mail Fee $ | $4.85 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $10.10 |
| Total Postage and Fees $ | $19.05 |

Postmark Here

LITTLE ROCK MAIN OFFICE
MAY 0 2 2025
LITTLE ROCK 72202 USPS
05/02/2025

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2464 5804 39

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington DC 20202

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $ | $4.85 | 0013 26 |
| Extra Services & Fees (*check box, add fee as appropriate*) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $10.10 | 05/02/2025 |
| Total Postage and Fees $ | $19.05 | |

LITTLE ROCK MAIN OFFICE MAY 02 2025 LITTLE ROCK 72202 USPS

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2464 5804 22

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington DC 20540

OFFICIAL USE

Certified Mail Fee
$ $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $2.75
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage
$ $10.10

Total Postage and Fees
$ $26.95

Postmark Here

LITTLE ROCK MAIN OFFICE
MAY 0 2 2025
LITTLE ROCK 72202 USPS
05/02/2025

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4*®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions