# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OR AR

MAY 20 2025

LINDA McCORMACK CLERK by

In re:
SEAN MCGEHEE,
Debtor.

Case No. 4:25-bk-10291
Chapter 7

SEAN MCGEHEE,
Plaintiff,

v.
UNITED STATES DEPARTMENT OF EDUCATION,
Defendant.

Adversary Proceeding No. 4:25-ap-01020

## SUPPLEMENT TO CERTIFICATE OF SERVICE

I, SEAN MCGEHEE, hereby submit this Supplement to the previously filed Certificate of Service in the above-captioned adversary proceeding.

On May 2, 2025, I served copies of the Summons, Complaint, and supporting documentation upon the following parties via United States Postal Service Certified Mail with return receipt requested:

1. United States Department of Education
   400 Maryland Avenue, SW
   Washington, DC 20202
   Certified Mail Tracking Number: 9589 0710 5270 2464 5804 39

2. United States Attorney General
   U.S. Department of Justice

7 OTC

950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Certified Mail Tracking Number: 9589 0710 5270 2464 5804 22

3. United States Attorney, Eastern District of Arkansas
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
Certified Mail Tracking Number: 9589 0710 5270 2464 5804 15

Attached hereto are the returned green cards (USPS Form 3811) showing delivery and signature for the above mailings, which serve as confirmation of proper service pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,
Sean McGehee
SEAN MCGEHEE

Date: May 20, 2025

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052702464580439

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:46 am on May 6, 2025 in WASHINGTON, DC 20202.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
May 6, 2025, 11:46 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 6, 2025, 10:17 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2025, 6:45 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2025, 6:44 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 5, 2025, 11:06 am

**In Transit to Next Facility**

May 5, 2025, 7:14 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2025, 5:27 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 4, 2025, 12:21 pm

**Arrived at USPS Regional Origin Facility**

LITTLE ROCK AR PACKAGE SORTING CENTER
May 3, 2025, 3:36 am

**Departed Post Office**

LITTLE ROCK, AR 72202
May 2, 2025, 6:08 pm

**USPS in possession of item**

LITTLE ROCK, AR 72202
May 2, 2025, 11:00 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Exhibit A - Green Card: U.S. Department of Education

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel
U.S. Dept. of Education
400 Maryland Avenue, SW
Washington, DC 20202

9590 9402 9482 5069 2712 94

2. Article Number *(Transfer from service label)*

9589 0710 5270 2464 5804 39

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
...ail Restricted Delivery
)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt


**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel
U.S. Dept. of Education
400 Maryland Avenue, SW
Washington, DC 20202

9590 9402 9482 5069 2712 94

2. Article Number *(Transfer from service label)*

9589 0710 5270 2464 5804 39

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
...ail Restricted Delivery
)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Exhibit B - Green Card: U.S. Attorney General

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

9590 9402 9482 5069 2712 70

2. Article Number *(Transfer from service label)*

9589 0710 5270 2464 5804 22

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Evie Jassak ☐ Agent ☐ Address

B. Received by *(Printed Name)* C. Date of Delive

MAY 07 2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 28

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
ured Mail
ured Mail Restricted Delivery
er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restri Delivery
☐ Signature Confirmatio
☐ Signature Confirmatio Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Rece

USPS TRACKING #

9590 9402 9482 5069 2712 70

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Sean McGehee
315 Main Street #307
Little Rock AR 72201

Exhibit C - Green Card: U.S. Attorney Eastern District of Arkansas

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Office of the U.S. Attorney
Eastern District of Arkansas
425 W Capitol Avenue #500
Little Rock, AR 72201

9590 9402 9482 5069 2712 87

2. Article Number *(Transfer from service label)*

9589 0710 5270 2649 5804 17

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Trina Hadley ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* TRINA HADLEY

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

5-8-25

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Office of the U.S. Attorney
Eastern District of Arkansas
425 W Capitol Avenue #500
Little Rock, AR 72201

9590 9402 9482 5069 2712 87

2. Article Number *(Transfer from service label)*

9589 0710 5270 2649 5804 17

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Trina Hadley ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* TRINA HADLEY

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

5-8-25

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt